NO. 07-01-0082-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

MARCH 30, 2001

_____

CHRISTOPHER D. BROWN, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

_____

FROM THE 137TH DISTRICT COURT OF LUBBOCK COUNTY;

NO. 99-431758; HONORABLE CECIL G. PURYEAR, JUDGE

_____

Before BOYD, C.J., and REAVIS and JOHNSON, JJ.

**ABATEMENT AND REMAND**

Upon a plea of guilty, on July 27, 2000, appellant Christopher D. Brown was convicted of possession of a controlled substance, a state jail felony, and punishment was assessed at 18 months confinement. The trial court suspended the imposition of sentence and placed appellant on community supervision for three years. Upon the State's motion

to revoke community supervision for alleged violations of the terms and conditions thereof, the trial court held a hearing and after evidence was presented, the trial court revoked appellant's community supervision and imposed the original sentence of 18 months confinement.

After a careful examination of the judgment revoking community supervision, we are unable to determine the date sentence was imposed in open court. The date sentence is imposed is essential in determining the time in which to perfect an appeal. Tex. R. App. P. 26.2. Thus, we now abate and remand the cause to the trial court for a determination of the appropriate sentencing date. We direct the trial court clerk to forward a corrected order revoking community supervision that reflects the sentencing date to the Clerk of this Court in a supplemental clerk's record by Monday, April 16, 2001.

It is so ordered.

Per Curiam

Do not publish.